**Order entered January 10, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00262-CR

**JACOB NATHAN ROSS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1611734-V**

## ORDER

Pending is the State's motion for a second extension of time to file its brief. The motion is GRANTED and the Clerk of the Court is hereby ordered to file the State's brief tendered to the Court.

/s/    LANA MYERS
PRESIDING JUSTICE